UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD EDVALDS,<br><br>             Petitioner,<br><br>    v.<br><br>DOUG COLE.<br><br>             Respondent. | CASE NO. C11-5589-BHS-JRC<br><br>ORDER GRANTING AN<br>EXTENSION OF TIME |

    This petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura. Petitioner has filed two motions asking for extensions of time to cure defects in his filings prior to the court considering his motion to proceed in forma pauperis (ECF No. 3 and 4). Petitioner's motions are granted. Petitioner has until October 21, 2011 to cure all defects in his filings.

    Dated this 7th day of September, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING AN EXTENSION OF TIME - 1