# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICHARD EDVALDS, | |
| Petitioner, | CASE NO. C11-5589-BHS-JRC |
| v. | ORDER |
| STATE OF WASHINGTON. | |
| Respondent. | |

Petitioner has paid the filing fee and this petition has been re-referred to this Court. There is no petition on file, only the first page of a petition (ECF No.8). Petitioner will have until **December 30, 2011**, to file his full petition and a copy of the petition for service. Failure to file the documents on time will result in a report and recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Dated this 18th day of November, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1