1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD EDVALDS,

          Petitioner,

    v.

DOUG COLE,

          Respondent.

Case No. C11-5589BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of
the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 14)

The Court has considered the R&R and the remaining record, and no objections to the
R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is **DISMISSED** for failure to prosecute and failure to follow Court
orders.

DATED this 13th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER