# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICHARD EDVALDS,

    Petitioner,

v.

DOUG COLE,

    Respondent.

Case No. C11-5589BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 14)

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED** for failure to prosecute and failure to follow Court orders.

DATED this 13th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER